### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Musa Abdul AL–RASHID, Respondent.

### No. 366 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 5, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of December, 1997, a Rule having been issued upon respondent by this Court on October 17, 1997, to show cause why he should not be placed on indefinite temporary suspension for his failure to appear for an informal admonition and no response having been filed, it is hereby ORDERED that:

1. The Rule is made absolute and, pursuant to Rule 208(f), Pa.R.D.E., respondent is placed on indefinite temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.

■

### COMMONWEALTH of Pennsylvania, Respondent,

v.

### Harry ZMENKOWSKI a/k/a Richard Zmenkowski, Petitioner.

Supreme Court of Pennsylvania.

Dec. 15, 1997.

Kevin G. Sasinoski, Pittsburgh, for petitioner.

Suzanne M. Swan, Bethel Park, for petitioner.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of December, 1997, the Petition For Allowance of Appeal is **GRANTED** on the limited issue of whether the sentencing manipulation doctrine should be adopted where the police engaged the appellant in multiple drug transactions solely for the purpose of increasing the appellant's sentence.

It is further Ordered that the Motion to Withdraw as Counsel of the Public Defender's Office of Allegheny County is **GRANTED.**